1  | Mark D. Brutzkus - Bar No. 128102
2  | Todd M. Lander – Bar No. 173031
   | EZRA BRUTZKUS GUBNER LLP
3  | 21650 Oxnard Street, Suite 500
   | Woodland Hills, CA  91367
4  | Telephone:  818.827.9000
   | Facsimile: 818.827.9099
5  | Email:     mbrutzkus@ebg-law.com
   |            tlander@ebg-law.com
6  |
7  | Attorneys for
   | CARRIBEAN BLUES
8  |
9  |
10 | UNITED STATES DISTRICT COURT
11 | FOR THE CENTRAL DISTRICT OF CALIFORNIA
12 |

| CARRIBEAN BLUES, INC., dba EKB TEXTILES, a California corporation | Case No. CV08-04140 SVW (MANx) |
|---|---|
| Plaintiff, | Honorable Stephen V. Wilson |
| v. | **[PROPOSED] ORDER RE: STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| ROSS STORES, INC., a Delaware corporation; ENVY CLOTHING, INC., a California corporation and DOES 1 through 10, inclusive, | Complaint filed:  June 24, 2008 |
| Defendants. | |
| AND RELATED CROSS-CLAIM. | |

Pursuant to the parties having submitted a Joint Stipulation for Voluntary Dismissal of the Entire Action with Prejudice in this matter, the Court hereby dismisses this action in its entirety with prejudice.

_____
Honorable Steven V. Wilson

[Proposed] Order Re: Stipulation Of Voluntary Dismissal Of Entire Action With Prejudice